## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| AZIZI ANSARI | : | DOCKET NO. 2:22-cv-02236 |
|    REG. # 30027-086 | | SECTION P |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| WARDEN MA'AT | : | MAGISTRATE JUDGE KAY |

## <u>JUDGMENT</u>

For the reasons stated in the Report and Recommendation (Doc. 2)of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on this 27th day of September, 2022

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**